AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-CV-03298-RGK-MAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA TRACY L. WILKISON (OFFICIAL CAPACITY) KRISTI K. JOHNSON (OFFICIAL CAPACITY)
was received by me on *(date)* 05/26/21.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CIVIL PROCESS CLERK , who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES ATTORNEY OFFICE
on *(date)* 05/26/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: CERTIFIED US MAIL
UNITED STATES ATTORNEY OFFICE
300 N. LOS ANGELES ST STE 7516
LOS ANGELES CA 90012

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/26/21

*Server's signature*

MARICRUZ AGUILERA, LEGAL ASSISTANT
*Printed name and title*

4129 MAIN ST #200 RIVERSIDE CA 92501
*Server's address*

Additional information regarding attempted service, etc: