# CLAIM DETAILS

**Tracking Number:** 2143-323-210-FB2
**Filed on:** June 01, 2021
**Claimant:** MAGEE, MITCHELL
**Filed By:** EXUM, DARRYL

## Documents included:

* Standard Online Claim Form
* Sworn Notice - CLAIM DOJ MITCHELL MAGEE.pdf
* Signed Claim - CLAIM DOJ MITCHELL MAGEE.pdf

06/01/2021

**EXHIBIT B**
**15**