TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
     1100/1400/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102/2569/1785
     Facsimile: (213) 894-6269/0142/0141
     E-mail: Andrew.Brown@usdoj.gov
            Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON (OFFICIAL CAPACITY)
and KRISTI KOONS JOHNSON (OFFICIAL
CAPACITY)

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MITCHELL MAGEE AND IKE ROBERTS,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>       Defendants. | Case No. 2:21-cv-03298-RGK-MAR<br><br>**DEFENDANTS' NOTICE OF CONTINUANCE OF HEARING DATE FROM AUGUST 23, 2021 TO SEPTEMBER 7, 2021 ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>Old Date:  August 23, 2021<br>New Date:  September 7, 2021<br>Time:      9:00 a.m.<br>Courtroom: 850, the Honorable<br>               R. Gary Klausner |

## NOTICE OF CONTINUANCE

Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only hereby gives notice that Defendants are continuing the hearing date on their motion pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss the complaint for lack of subject matter jurisdiction from August 23, 2021 to September 7, 2021.  Pursuant to Local Rule 7-9, any opposition to the motion is due 21 days before the new hearing date.

Dated: July 26, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____

ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

2