```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (Cal. Bar No. 172009)
 4  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 5  Assistant United States Attorneys
    Major Frauds/Asset Forfeiture/
 6  General Crimes Sections
         1100/1400/1200 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-0102/2569/1785
         Facsimile: (213) 894-6269/0142/0141
 9       E-mail:  Andrew.Brown@usdoj.gov
                  Victor.Rodgers@usdoj.gov
10                Maxwell.Coll@usdoj.gov

11  Attorneys for Defendants
    UNITED STATES OF AMERICA and
12  TRACY L. WILKISON (OFFICIAL CAPACITY)
    and KRISTI KOONS JOHNSON (OFFICIAL
13  CAPACITY)
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MITCHELL MAGEE AND IKE ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>Defendants. | Case No. 2:21-cv-03298-RGK-MAR<br><br>**DEFENDANTS' NOTICE OF FILING OF CIVIL FORFEITURE COMPLAINTS** |
|---|---|

# NOTICE

Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only hereby gives notice that the government has filed two civil forfeiture complaints with respect to this matter, and has filed a notice of related case in the civil forfeiture actions. See <u>United States of America v. $341,500.00 in U.S. Currency</u>, pertaining to Ike Roberts (Case No. 2:21-cv-06967) and <u>United States of America v. $600,980.00</u>, pertaining to Mitchell Magee (Case No. 2:21-cv-06965).

Dated: September 2, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　　　　/s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.